UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CASE NO. 5:07-mj-00008 TAG

**ORDER TO PAY**

Brian A. Wilbur                    Judgment

SOCIAL SECURITY #: ~~/~~
DATE OF BIRTH: ~~/~~
DRIVER'S LICENSE #: ~~/~~
ADDRESS: ~~Kern County~~
City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____    _____
                                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO.: 5:07-mj-00008 TAG    FINE 100.00    ASGMT. 10.00
CITATION / ~~CASE NO.~~: _____    FINE _____    ASGMT. _____

✓ FINE TOTAL of $ 100.00 and a penalty assessment of $ 10.00 within _____
30 (days/~~months~~) or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. BOX 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

~~CLERK, USDC~~
~~501 "I" St., #4200~~
~~Sacramento, CA 95814~~

(CLERK, USDC
~~1130 O Street, Rm 5000~~
Fresno, CA 93721
2500 Tulare St.)

Your check or money order must indicate **your name and ~~citation~~/case number** shown above to ensure your account is credited for payment received.

DATE: 3-19-2007

_____
for U.S. MAGISTRATE JUDGE

Clerk's Office                    EDCA - 03 Rev 8/97